UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE subscriber assigned IP address )<br>173.69.168.126, )<br>)<br>    Defendant. )<br>_____ ) | Civil Case No. 1:24-cv-01877-MJM |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
<u>**WITHOUT PREJUDICE OF JOHN DOE**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 173.69.168.126, are voluntarily dismissed without prejudice.

Dated:  January 22, 2025                                Respectfully submitted,

                                                                    By:  */s/ Jessica Fernandez*
                                                                    Jessica Fernandez (Bar #: 30219)
                                                                    Associate In-House Counsel
                                                                    General Media Systems, LLC
                                                                    11239 Ventura Blvd
                                                                    Suite #103 Box 717
                                                                    Studio City, CA 91604
                                                                    Phone: 818-253-1453
                                                                    Fax: 323-872-0022
                                                                    Jessica@Strike3Holdings.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Jessica Fernandez*
Jessica Fernandez, Esq.
